UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. **19-20442-CR-MORENO**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**BRUNELLA ZUPPONE and
JOHN JAMES PATTERSON,**
        Defendants.
_____/

## SCHEDULING ORDER SETTING TRIAL

**TAKE NOTICE** that the above-entitled case has been **set** for **Trial** on the two-week calendar beginning at

### 9:00 A.M. on MONDAY, SEPTEMBER 3, 2019

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

Counsel shall report to a **call of the trial calendar** which will be held on

### TUESDAY, at 2:00 p.m. on AUGUST 27, 2019

******Defense counsel are instructed to notify the Court in writing within five days after the time periods outlined in the Standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the Court.

Any motion for continuance must be in writing in order to be considered, pursuant to this Court's Local Rule 7.1.(a)(4).

Counsel are required to pre-mark all exhibits and provide the court with two copies of the exhibit list. Counsel are also instructed to submit any special jury instructions at calendar call.

The government is required to provide the court with a complete set of jury instructions for use by the court.

Counsel are required to inform to the court when a defendant is in custody or an interpreter is required.

Please notify the court immediately at **305-523-5110** of any disposition or settlement of this case.

Dated: 7/31/19

                                                       **FEDERICO A. MORENO**
                                                      UNITED STATES DISTRICT JUDGE

cc:   All counsel of record